UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN BAZLEY,<br><br>                      Plaintiff,<br>     v.<br><br>BRAND ENERGY SOLUTIONS,<br>LLC, et al.,<br><br>                      Defendants. | CASE NO. C18-1648JLR<br><br>ORDER GRANTING IN PART STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF |

The discovery deadline is currently set in this case for December 23, 2019, and the dispositive motions deadline is set for January 21, 2020. (*See* Sched. Order (Dkt. # 15) at 1.) On December 12, 2019, the parties filed a stipulated motion to extend the discovery deadline until February 14, 2020. (*See* Stip. Mot. (Dkt. # 18) at 3.) The parties state that they "do not anticipate filing dispositive motions in this case; therefore, an extension of the discovery cutoff to complete depositions should not adversely impact the Court's schedule." (*See id.* at 3.)

ORDER - 1

Deadlines set by the court's scheduling order and the Local Civil Rules "are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause." (*See* Sched. Order at 2.) Here, the parties' argument for an extension is based solely on an asserted need for more time to complete discovery, specifically a number of depositions that have not occurred because of "various scheduling conflicts." (*See* Stip. Mot. at 1-2.)

Nevertheless, the court will grant an extension of the discovery deadline until January 21, 2020, the date dispositive motions are due. (*See* Sched. Order at 1.) Although the parties "do not anticipate" filing dispositive motions, the court will not upend the pretrial schedule based on what the parties "anticipate" they may or may not do. The court cautions the parties that if they wish to seek additional deadline extensions, they must be prepared to show good cause.

Accordingly, the court GRANTS in part the parties' stipulated motion (Dkt. # 18) and amends the discovery deadline to **January 21, 2020.**

Dated this 13th day of December, 2019.

JAMES L. ROBART
United States District Judge